**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LA LEWIS,

                Petitioner,                     17 **CIVIL** 7583 (RA) (OTW)

       -against-                           **JUDGMENT**

NEW YORK STATE SUPREME COURT.
                        Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2020, the Court adopts Judge Wang's recommendations in full; The Court hereby denies the petition for habeas corpus, and declines to issue a certificate of appealability; accordingly, the case is closed.

**DATED:** New York, New York
            September 29, 2020

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                               **Clerk of Court**
                                             **BY:**
                                                               _____
                                                               **Deputy Clerk**